Reset Form

United States District Court

For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MEDIA QUEUE, LLC,

Plaintiff(s),

v.

NETFLIX, INC., et al.,

Defendant(s).

CASE NO. 3:09-CV-01027-JL

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
**PRO HAC VICE**

Jason W. Cook                    , an active member in good standing of the bar of

Texas                                        whose business address and telephone number
(particular court to which applicant is admitted)

is  Alston + Bird, 2200 Ross Ave., Suite 3601, Dallas, TX 75201-2708

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Plaintiff Media Queue, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States ~~Magistrate~~ Judge