UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIA QUEUE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NETFLIX, INC., et al.,<br><br>        Defendants. | Case No. 3:09-cv-01027-SI<br><br>(Case Transferred from the Eastern District of Oklahoma Case No. Civ. 08-402 KEW)<br><br>**ORDER OF DISMISSAL OF DEFENDANT GAMEFLY, INC. WITH PREJUDICE** |

CAME ON THIS DAY for consideration of the Joint Stipulated Motion for Dismissal With Prejudice of Defendant Gamefly, Inc. of all claims and counterclaims asserted between plaintiff Media Queue, LLC and defendant GameFly, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, counterclaims or causes of action asserted in this suit between Plaintiff, Media Queue, LLC, and Defendant, GameFly, Inc. are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: This \_\_\_\_ day of March, 2009

BY ORDER OF THE COURT

_____
Hon. Susan Illston
U.S. District Court Judge

OHS West:260627749.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL WITH PREJUDICE

2