1  Sean P. DeBruine (SBN 168071)
      (sean.debruine@alston.com)
2  ALSTON + BIRD LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
4  Telephone:      650-838-2000
   Facsimile:      650-838-2001
5

6  Michael J. Newton (CA SBN 156225)
      (michael.newton@alston.com)
7  Jason W. Cook (pro hac vice)
      (jason.cook@alston.com)
8  Stacey G. White (pro hac vice)
      (stacey.white@alston.com)
9  ALSTON + BIRD LLP
   2200 Ross Avenue, Suite 3601
10 Dallas, TX 75201-2708
   Telephone:      214-922-3400
11 Facsimile:      214-922-3899

12 Attorneys for Plaintiff
   MEDIA QUEUE, LLC.
13

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16                            SAN FRANCISCO DIVISION

17 MEDIA QUEUE, LLC,                      ) Case No. 3:09-cv-01027-SI
                                          )
18                Plaintiff,              ) **STIPULATED REQUEST TO EXTEND**
                                          ) **PAGE LIMITS FOR PLAINTIFF'S REPLY**
19         v.                             ) **IN SUPPORT OF ITS CLAIM**
                                          ) **CONSTRUCTION BRIEF**
20 NETFLIX, INC., et al.,                 )
                                          )
21                Defendants.             )
                                          )
22                                        )
                                          )
23 _____  )

| STIPULATED REQUEST TO EXTEND PAGE LIMITS FOR PLAINTIFF'S REPLY ISO ITS CLAIM CONSTRUCTION BRIEF | 1 | CASE NO. 3:09-cv-01027-SI |
|---|---|---|

WHEREAS Plaintiff has filed an Opening Claim Construction Brief and Defendants Netflix and Blockbuster have filed a Joint Opposition Claim Construction Brief;

WHERAS Plaintiff agreed not to oppose Netflix and Blockbuster's request for ten (10) additional pages for their Joint Opposition Claim Construction Brief and such request was granted by this Court;

WHEREAS Netflix, Blockbuster, and Greencine have agreed not to oppose Plaintiff's request for ten (10) additional pages;

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

The page limitation for Plaintiff's Reply in Support of Its Claim Construction Brief is extended to twenty-five (25) pages.

Dated: August 27, 2009              Respectfully Submitted,

By: /s/ *Michael Newton*
MICHAEL J. NEWTON (CA SBN 156225)
mike.newton@alston.com
JASON W. COOK (pro hac vice)
jason.cook@alston.com
STACEY G. WHITE (pro hac vice)
stacey.white@alston.com
ALSTON + BIRD LLP
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

SEAN P. DEBRUINE (CA SBN 168071)
sean.debruine@alston.com
ALSTON + BIRD LLP
Two Palo Alto Square
3000 El Camino Real Suite 400
Palo Alto, CA 94306-2112
Phone: 650-838-2121
Fax: 650-838-2001
**ATTORNEYS FOR PLAINTIFF MEDIA QUEUE LLC**

By: /s/ *Matthew Kreeger*
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
MARCELO GUERRA (CA SBN 232431)
MGuerra@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94 105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**ATTORNEYS FOR DEFENDANT NETFLIX, INC.**

By: /s/ *David Wooten*

DAVID K. WOOTEN (pro hac vice)
dwooten@velaw.com
LEISA TALBERT PESCHEL (pro hac vice)
lpeschel@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street
2300 First City Tower
Houston, TX 77002
Telephone: (713) 758-2095
Facsimile: (713) 615-5936

SCOTT W. BREEDLOVE (pro hac vice)
sbreedlove@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Telephone: (214) 220-7700
Facsimile: (214) 220-7716

JAMES P. MARTIN (CA SBN 170044)
jmartin@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

**ATTORNEYS FOR DEFENDANT BLOCKBUSTER, INC.**

| STIPULATED REQUEST TO EXTEND PAGE LIMITS FOR PLAINTIFF'S REPLY ISO ITS CLAIM CONSTRUCTION BRIEF | 3 | CASE NO. 3:09-cv-01027-SI |
|---|---|---|

By:*/s/ Michael D. Schulman*
MICHAEL D. SCHULMAN, ESQ. (CA SBN 137249)
mdsesq@aol.com
LAW OFFICES OF MICHAEL D. SCHULMAN
21800 Oxnard Street, Suite 750
Woodland Hills, CA 91367
Telephone: (818) 999-5553
Fax : (818) 999-5570

**ATTORNEYS FOR DEFENDANT GREENCINE HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

Case3:09-cv-01027-SI    Document176    Filed08/28/09    Page4 of 5

STIPULATED REQUEST TO EXTEND PAGE LIMITS FOR PLAINTIFF'S REPLY ISO ITS CLAIM CONSTRUCTION BRIEF — 4 — CASE NO. 3:09-cv-01027-SI

**GENERAL ORDER 45, X.B. ATTESTATION**

I, Michael J. Newton, am the ECF User whose ID and password are being used to file this Stipulated Request to Extend Page Limits for Plaintiff's Reply in Support of Its Claim Construction Brief. In compliance with General Order 45, X.B., I hereby attest that David Wooten, Mathew Kreeger, and Steven Niebow have concurred in this filing.

Dated: August 27, 2009        By: /s/ *Michael J. Newton*
                                                    Michael J. Newton
                                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individuals:

*Counsel for Netflix, Inc.*
David A. Burrage, davidburrage@burragelaw.com
Michael Burrage, mburrage@whittenburragelaw.com
Michael Jacobs, mjacobs@mofo.com
Matthew I. Kreeger, MKreeger@mofo.com
Marcelo Guerra, MGuerra@mofo.com

*Counsel for Netflix, Inc.*
Scott W. Breedlove, sbreedlove@velaw.com
David K. Wooten, dwooten@velaw.com
Leisa Talbert Peschel, lpeschel@velaw.com
James P. Martin, jmartin@sflaw.com

*Counsel for Greencine Holdings, LLC*
Thomas M. Ladner, tladner@ladnerlittle.com
Michael D. Schulman, MDSESQ@aol.com

I further certify that the foregoing document is being served by e-mail on the following individual and firm e-mail address:

Steven N. Niebow, snn@niebowlaw.com
mediaqueue@velaw.com

I declare that I am a member of the bar of this court.

Executed August 27, 2009, at Dallas, Texas.

/s/ Michael J. Newton_____

| STIPULATED REQUEST TO EXTEND PAGE LIMITS FOR PLAINTIFF'S REPLY ISO ITS CLAIM CONSTRUCTION BRIEF | 5 | CASE NO. 3:09-cv-01027-SI |
|---|---|---|