**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA QUEUE, LLC, | No. C 09-1027 SI |
| Plaintiff, | **SCHEDULING ORDER RE: CLAIM CONSTRUCTION HEARING AND HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| NETFLIX, INC., *et al.*, | |
| Defendants. | |

The Court hereby notifies the parties that the hearing scheduled for claim construction and defendants' motions for summary judgment has been advanced to **2:00 p.m.** on November 17, 2009.

**IT IS SO ORDERED.**

Dated: November 16, 2009

SUSAN ILLSTON
United States District Judge