MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
MARCELO GUERRA (CA SBN 232431)
MGuerra@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIA QUEUE,<br><br>    Plaintiff,<br><br> v.<br><br>NETFLIX, et al.,<br><br>    Defendants. | Civil Action No. 3:09-cv-01027-SI<br><br>**[PROPOSED] JUDGMENT** |

**WHEREAS** on December 1, 2009, the Court issued a Claim Construction Order and Order Granting Defendants' Motions for Summary Judgment ("Order") (D.I. 200);

**WHEREAS,** for the reasons set forth in the Order, the products and services offered or sold by defendants Netflix Inc. ("Netflix") and Blockbuster Inc. ("Blockbuster") do not infringe any of the asserted claims of United States Patent No. 7,378,243 ("the '243 patent");

**WHEREAS** plaintiff Media Queue, LLC ("Media Queue") and defendant Greencine Holdings, LLC. ("Greencine") have stipulated on the record at the hearing before this Court on

1

December 15, 2009, that in light of the claim constructions set forth in the Order, the products and services offered or sold by Greencine do not infringe any of the asserted claims of the '243 patent;

**WHEREAS** it is hereby stipulated and agreed, by and between Blockbuster and Media Queue, and by their attorneys, that in light of the Order and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Blockbuster's counterclaim of invalidity of the '243 patent is hereby dismissed without prejudice.

**WHEREAS** the Court requested that the parties submit a joint Proposed Judgment; and

**WHEREAS**, in light of the foregoing, entry of judgment is warranted in favor of all defendants with respect to all of Media Queue's claims for relief.

**THEREFORE, IT IS HEREBY ORDERED** that

(1)  **FINAL JUDGMENT** is hereby entered in favor of defendants and against Media Queue.

(2)  The deadline for any defendant to move for attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d)(2) and 35 U.S.C. § 285 is _____.

Stipulated as to form and content,

By: /s/ *Mike Newton*
Michael J. Newton (CA SBN 156225)
(michael.newton@alston.com)
Jason W. Cook (*admitted pro hac vice*)
(jason.cook@alston.com)
Stacey G. White (*admitted pro hac vice*)
(stacey.white@alston.com)
ALSTON + BIRD LLP
2200 Ross Avenue, Suite 3601
Dallas, TX 75201-2708
Telephone:	214-922-3400
Facsimile:	214-922-3899

Sean P. DeBruine
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
Email: sean.debruine@alston.com

Attorneys for Plaintiff Media Queue, LLC

| | |
|---|---|
| 1 | |
| 2 | By:/s/*Matt Kreeger (by permission M. Newton)* |
| 3 | MICHAEL A. JACOBS (SBN 111664) |
| | MJacobs@mofo.com |
| 4 | MATTHEW I. KREEGER (SBN 153793) |
| | MKreeger@mofo.com |
| 5 | MARCELO GUERRA (CA SBN 232431) |
| | MGuerra@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| 7 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 8 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 9 | |
| 10 | Attorneys for Defendant Netflix, Inc. |

By:/s/*David Wooten (by permission M. Newton)*
DAVID K. WOOTEN(*admitted pro hac vice*)
LEISA TALBERT PESCHEL (*admitted pro hac vice*)
SCOTT W. BREEDLOVE (*admitted pro hac vice*)
VINSON & ELKINS
1001 Fannin Street
2300 First City Tower
Houston, TX 77002
Telephone: (713) 758-2095
Facsimile: (713) 615-5936
Email: dwooten@velaw.com
lpeschel@velaw.com
sbreedlove@velaw.com


SHARTSIS FRIESE LLP
JAMES P. MARTIN (CA SBN. 170044)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Tel: (415) 421-6500
Fax: (415) 421-2922
Email:jmartin@sflaw.com

Attorneys for Defendant BLOCKBUSTER, INC.


By:/s/*Steve Niebow (by permission M. Newton)*
MICHAEL D. SCHULMAN, ESQ. (CA SBN 137249)
LAW OFFICES OF MICHAEL D. SCHULMAN
21800 Oxnard Street, Suite 750

3

Woodland Hills, CA 91367
Telephone: (818) 999-5553
Fax : (818) 999-5570
mdsesq@aol.com

Attorneys for Defendant GREENCINE HOLDINGS, LLC, a Delaware Limited Liability Company

**SO ORDERED.**

Dated: _____   _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE